YETTA FEIN and MAX KITTNER, Respondents, v. WILLIAM BRANDRISS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ.

THE FRANK SHEPARD COMPANY, Respondent, v. JENS C. OLSEN and Others, Defendants, Impleaded with GLENN A. BOYCE and JEANETTE A. BOYCE, His Wife, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

JACOB FRIEDMAN, Respondent, v. SAMUEL B. DAVIS and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

In the Matter of the Petition of HOMER C. BABCOCK, for Probate of the Will of EDWARD F. LANG, Deceased. BERNARD J. MORAN, Executor, etc., Appellant; HENRY F. LANG, as Administrator, etc., of CONRAD LANG, Deceased, Respondent.— Order reversed in so far as it vacates and sets aside " in all respects " the decree of probate, and modified so as to provide that the decree be vacated and set aside as to the representative of Conrad Lang, deceased. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

ROSALIE G. JONES, Individually, and as One of the Executors and Trustees etc., of MARY E. JONES, Deceased, Respondent, v. LOUISE E. JONES and Others, as Executors and Trustees, etc., and Others, Impleaded with HELENE LUCAS WOOD, Individually, Appellant. (Appeal No. 1.) — Order reversed, with ten dollars costs and disbursements, and demurrer sustained, with ten dollars costs, upon the ground that the complaint fails to state facts sufficient to constitute a cause of action against the defendant Helene Lucas Wood, individually. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.

ROSALIE G. JONES, Individually, and as One of the Executors and Trustees, etc., of MARY E. JONES, Deceased, Respondent, v. LOUISE E. JONES and Others, as Executors and Trustees, etc., of MARY E. JONES, Deceased, and Others, Impleaded with HELENE LUCAS WOOD and Another, as Administrators, etc., of PHILIP L. JONES, Deceased, Appellants. (Appeal No. 2.) — Order reversed, with ten dollars costs and disbursements, and demurrer sustained, with ten dollars costs, upon the ground that causes of action are improperly united. The causes of action stated in the complaint are directed to be severed into two actions, in accordance with section 497 of the Code of Civil Procedure. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concur.